Meyer Barron, Appellee, v. Edwin A. Hovorka et al., Defendants Below. On Appeal of Edwin A. Hovorka et al., Appellants.

Gen. No. 46,125. (Abstract of Decision.)

Heth, Lister & Flynn, and Di Grazia & Snyder, for appellants; Paul I. Baikoff, for appellee; Eugene A. Tappy, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed March 23, 1954; rehearing denied June 2, 1954; released for publication June 2, 1954.

Myrtle M. Nisbet, Appellant, v. Gordon A. White, Appellee.

Gen. No. 46,245. (Abstract of Decision.)

Fred A. Clarke, for appellant; Ringer, Reinwald & Sostrin, for appellee. Opinion by JUSTICE KILEY. Not to be published in full. Opinion filed April 21, 1954; released for publication May 27, 1954.

The Equitable Life Assurance Society of the United States, Plaintiff-Appellee, v. John O. Wagner, Defendant Below, The Werner Storage and Transfer Company, Garnishee, Defendant Below. On Appeal of David W. Cole, Intervening Petitioner Below, Appellant.

Gen. No. 46,159. (Abstract of Decision.)

John O. Wagner, for appellant; Schwartz, Allen & Shriman, for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 21, 1954; released for publication May 27, 1954.